## INTERNATIONAL LADIES' GARMENT WORKERS' UNION, LOCAL 415, ET AL. *v.* SCHERER & SONS, INC.

No. 400■ Decided January 15, 1968.

*Morris P. Glushien* for petitioners.

*Joseph A. Perkins* for respondent.

PER CURIAM.

The petition for a writ of certiorari to the Supreme Court of Florida is granted. The judgment below is reversed. *Retail Clerks International Assn.* v. *Schermerhorn,* 375 U. S. 96 (1963); *Local No. 438* v. *Curry,* 371 U. S. 542 (1963).

MR. JUSTICE BLACK and MR. JUSTICE HARLAN would set this case for oral argument.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.